**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

GORDON BRUSH MFG. CO., INC.,

                Plaintiff,

-against-

ALLSTAR MARKETING GROUP, LLC,

                Defendant.

---------------------------------------------------------------------X

Case No. 7:22-cv-05978 (KMK)

**OFFER OF JUDGMENT**
**FED.R.CIV.P. 68**

Defendant, ALLSTAR MARKETING GROUP, LLC ("Defendant") by and through its attorneys CLAUSEN MILLER P.C., hereby makes an Offer of Judgment to be taken in favor of Plaintiff GORDON BRUSH MFG. CO., INC. ("Plaintiff") for FIVE THOUSAND DOLLARS AND ZERO CENTS (US $5,000.00), covering any and all recoveries, attorneys' fees and costs (the "$5,000.00 Offer of Judgment").

PURSUANT to Rule 68 (a), if, within 14 days after being served, the Plaintiff serves written notice accepting the $5,000.00 Offer of Judgment, any party may then file the offer and notice of acceptance, plus proof of service. The Clerk must then enter judgment.

PURSUANT to Rule 68 (b), an unaccepted offer is considered withdrawn, but it does not preclude a later offer. Evidence of an unaccepted offer is not admissible except in a proceeding to determine costs.

PURSUANT to Rule 68 (d), if the judgment that the Plaintiff finally obtains is not more favorable than the unaccepted $5,000.00 Offer of Judgment, the Plaintiff must pay Defendant's costs incurred after the offer was made (including, as may be applicable, attorneys' fees and costs), and Defendant will seek all costs, expenses, fees and interest as allowed.

Dated: New York, New York
March 2, 2023

                                          Respectfully submitted,

By:   /s/*Jacob R. Zissu*
        Jacob R. Zissu
        CLAUSEN MILLER P.C.
        *Attorneys for Defendant*
        *ALL STAR MARKETING GROUP, LLC*
        28 Liberty Street, 39th Floor
        New York, NY  10005
        Tel. (212) 805-3900
        jzissu@clausen.com

To:    ALL PARTIES OF RECORD VIA ECF

Leon "Lee" Rendeiro
HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
*Attorneys for Plaintiff*
*GORDON BRUSH MFG. CO., INC.*
1715 Monroe St.
Fort Myers, FL  33902
Tel. (239) 344-1517
lee.rendeiro@henlaw.com