```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Gordon Brush MFG. CO., Inc.

                         Plaintiffs,          7:22-CV-05978vKMK-VR

          -against-                    **ORDER RE STATUS CONFERENCE**

Allstar Marketing Group, LLC

                        Defendant.

----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for September 21, 2023 at 10 AM The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

**The parties should be prepared to discuss the current status of discovery. In advance of the conference, the parties should meet and confer regarding any discovery disputes.**

        SO ORDERED.

DATED:    White Plains, New York
               September 8, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge