

1715 Monroe Street  *  Fort Myers, FL 33901
Post Office Box 280  *  Fort Myers, FL 33902
Tel: 239.344.1100  *  Fax:  239.344.1200  *  www.henlaw.com

Bonita Springs  *  Naples

September 15, 2023



<u>Via ECF</u>

Hon. Victoria Reznik
Southern District of New York

      Re:    *Gordon Brush v. Allstar Marketing*; Case No. 22cv05978 (KMK-VR)
            <u>Unopposed Request to Reschedule Status Conference</u>

Dear Judge Reznik,

We represent Plaintiff Gordon Brush Mfg. Co., Inc. in the above-referenced matter. We are writing jointly with Defendant Allstar Group to request a change to the date for the Status Conference set for September 21, 2023 at 10am [ECF No. 42] as Plaintiff's Counsel has a conflict that day.

Counsel for Plaintiff and Defendant are available on September 25-27 or 29 to conduct the Status Conference and request that the Court set a time on one of the days that best works for the Court's calendar or provide alternate dates in the event the Court is unavailable. Thank you for your consideration.

Respectfully,

*/s/Leon (Lee) G. Rendeiro*
Leon (Lee) Rendeiro
*Counsel for Plaintiff*

**GRANTED,** the September 21, 2023 conference is adjourned to September 26, 2023 at 11 am.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
9/15/23

4890-4362-5599 v.1

## CERTIFICATE OF TRANSMITTAL

I hereby certify that on September 15, 2023, a true copy of the foregoing was served upon interested counsel via email.

/s/ *Leon G. Rendeiro Jr.*
Leon G. Rendeiro Jr. – 1009360

## SERVICE LIST

Jacob R. Zissu
Clausen Miller P.C.
28 Liberty Street, 39th Floor
New York, NY 10005
Tel. (212) 805-3900
jzissu@clausen.com
Attorney for Defendant