UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Gordon Brush MFG. CO., Inc

     Plaintiff,

-against-             22 Civ. 05978 (KMK-VR)

**MOTION FOR ADMISSION**

Allstar Marketing Group, LLC   **PRO HAC VICE**

     Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Mark Andrew Nieds__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Plaintiff- Gordon Brush Mfg. Co.__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Florida and Illinois__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 9/25/23     Respectfully Submitted,

            Mark Andrew Nieds

            Applicant Signature: /s/ Mark Andrew Nieds

            Applicant's Name: Mark Andrew Nieds

            Firm Name: Henderson, Franklin, Starnes & Holt, P.A.

            Address: 1715 Monroe Street

            City/State/Zip: Fort Myers, FL 33901

            Telephone/Fax: 239-344-1153

            Email: mark.nieds@henlaw.com

**United States District Court**
**Southern District of New York**

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, | / |
| *Plaintiff,* | / |
| v. | / |
| | / Case No: 22 CV 05978-KMK-VR |
| GORDON BRUSH MFG CO., INC., | / |
| *Defendant.* | / |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Pursuant to 28 U.S. Code § 1746, I, Mark Andrew Nieds, declare under penalty of perjury that the foregoing is true and correct.

Dated: September 25, 2023

_____
Mark A. Nieds

State of Florida
County of Lee

On this 25th day of September, 2023, before me personally came Mark A. Nieds, to me known and known to me to be the person described in and who executed the foregoing instrument and he/she acknowledged to me that he/she executed the same.

JEANNE CULEK
Commission # HH 349406
Expires January 16, 2027

_____
Notary Public

Jeanne Culek
Print Name of Notary