**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- X
GORDON BRUSH MFG. CO., INC.,

                                   Plaintiff,                    Case No. 7:22-cv-05978-KMK-VR


            - v


ALLSTAR MARKETING GROUP, LLC

                                   Defendant.
-------------------------------------------------------------------- X

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued with prejudice without costs to any party as against the other.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that copies of this Stipulation with facsimile signatures signed in counterparts may be used for all purposes in lieu of the original Stipulation with original signatures.  This stipulation may be filed with the Clerk of the Court without further notice.

Dated: February 12, 2024

By /s/ *Jacob R. Zissu*                         By /s/ *Mark Nieds*
Jacob R. Zissu                                  Mark Nieds
CLAUSEN MILLER P.C.                             WIDERMAN MALEK
*Attorneys for Defendant*                       *Attorneys for Plaintiff*
28 Liberty Street, 39th Floor                   506 Celebration Ave.
New York, NY  10005                             Celebration, FL 24747
(212) 805-3943                                  (407) 566-0001
jzissu@clausen.com                              mnieds@uslegalteam.com